# PABIAN & RUSSELL, LLC

ATTORNEYS AT LAW
265 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-3113
www.pabianrussell.com

———

PHONE: 617-951-3100
FAX: 617-951-9929

December 20, 2012

*VIA ECF*

Brendan Garvin
Docket Clerk for Magistrate Judge Marianne B. Bowler
United States District Court
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

> **RE:** Chestnut Dental Associates, P.C. v. Sovereign Bank, N.A.
> **Docket No.:** 1:12-cv-12030-MBB

Dear Mr. Garvin

As we discussed, I can report the above matter as settled. I will file either a voluntary dismissal or a stipulation of dismissal within the next thirty days. In light of the resolution of this matter, I have requested that the defendant not file a responsive pleading by the extended deadline of December 20, 2012.

Thank you for your cooperation and attention to this matter.

Very truly yours,

/s/ Marc Kornitsky
Marc Kornitsky, Esq.

cc: John A. Houlihan, Esq. (via email)
    Elizabeth H. Kelly (via email)

## CERTIFICATE OF SERVICE

I hereby certify that this 20th day of December, 2012, a copy of the foregoing document was filed electronically using the Court's electronic filing system, with notice to all parties requesting notice.

/s/ Marc Kornitsky
Marc D. Kornitsky, Esq.